IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNIE BURTON, personally and as Personal
Representative for MATILDA BURTON (deceased),

        Plaintiffs,

vs.                                                                                              CIV 14-0888 KG/KBM

DEPUTY WAGNER, arresting deputy with the
San Juan County Sheriff's Office individually and
under the color of law, CHRISTOPHER SMART, Supervisor,
individually and in his capacity as a state actor under the color of law,
VALARIE REYNASO, Supervisor, in her individual
capacity under color of law, and Officers MICHAEL GOMEZ,
REBECCA HAM, KATHLEEN GREEN, RONALD FOUST
LORETTA WHITE, individually and as state actors under
the color or law, THE SAN JUAN
COUNTY DETENTION CENTER, SAN JUAN COUNTY,
and CORRECTIONAL HEALTHCARE COMPANIES ("CHC"),

        Defendants.

**STIPULATED ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO
DEFENDANT CORRECTIONAL HEALTHCARE COMPANIES' MOTION TO
STRIKE THE EXPERT REPORT OF DANIEL B. VASQUEZ**

THIS MATTER, having come before the Court on the parties' Stipulated Motion for Order for Extension of Time to File Response to Defendant Correctional Healthcare Companies' Motion To Strike The Expert Report of Daniel B. Vasquez, Plaintiff appearing by and through attorney Jennifer D. Yoder Esq., of the Tucker, Burns, Yoder & Hatfield Law Firm, and Defendant Correctional Healthcare Companies appearing by and through attorney Alfred A. Park, and the parties being in agreement and the Court being fully advised in this matter HEREBY FINDS AND ORDERS:

    1.      Defendant Correctional Healthcare Companies by and through attorney Alfred A. Park filed Defendant Correction Healthcare Companies' Motion To

Strike The Expert Report of Daniel B. Vasquez on December 10, 2015.

2.  Plaintiff shall be granted an extension of time to file a response to Defendant Correctional Healthcare Companies' Motion To Strike The Expert Report of Daniel B. Vasquez until January 8, 2016.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted and Approved by:

/s/ Jennifer D. Yoder
JENNIFER D. YODER
Attorney for Plaintiff


/s/ Alfred A. Park_____
ALFRED A. PARK
Attorney for Defendant
Correctional Healthcare Companies


/s/ Amy L. Glasser_____
AMY L. GLASSER
Attorney for County Defendants