IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOHNNIE BURTON, personally and as Personal**
**Representative for MATILDA BURTON (deceased),**

      **Plaintiffs,**

vs.                                              No. 1:14-cv-00888 KG/KBM

**DEPUTY WAGNER, arresting deputy with the**
**San Juan County Sheriff's Office individually and**
**under the color of law, CHRISTOPHER SMART, Supervisor,**
**individually and in his capacity as a state actor under the color of law,**
**VALARIE REYNASO, Supervisor, in her individual**
**capacity under color of law, and Officers MICHAEL GOMEZ,**
**REBECCA HAM, KATHLEEN GREEN, RONALD FOUST,**
**LORETTA WHITE, individually and as state actors under**
**the color of law, THE SAN JUAN**
**COUNTY DETENTION CENTER, SAN JUAN COUNTY,**
**and CORRECTIONAL HEALTHCARE COMPANIES ("CHC"),**

      **Defendants.**

### **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon the motion of the parties for a Stipulation of Dismissal of all claims or potential claims that have been brought or could have been bought by Plaintiff Johnnie Burton, Personally and as Personal Representative for the Wrongful Death Estate of Matilda Burton and Defendants Deputy Wagner, Christopher Smart, Valarie Reynaso, Michael Gomez, Rebecca Ham, Kathleen Green, Ronald Foust, Loretta White, the San Juan County Detention Center, San Juan County and Correctional Healthcare Companies, Inc. the Court finds that the Stipulation of Dismissal with prejudice is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint against Defendants Deputy Wagner, Christopher Smart, Valarie Reynaso, Michael Gomez, Rebecca Ham, Kathleen Green, Ronald Foust, Loretta White, the San Juan County Detention Center, San Juan County and Correctional Healthcare Companies, Inc. be, and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims brought, or that could have been brought, between the Plaintiff and Defendants Deputy Wagner, Christopher Smart, Valarie Reynaso, Michael Gomez, Rebecca Ham, Kathleen Green, Ronald Foust, Loretta White, the San Juan County Detention Center, San Juan County and Correctional Healthcare Companies, Inc., are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party is to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

PARK & ASSOCIATES, LLC

/s/ Alfred A. Park
Alfred A. Park
*Attorneys for Defendant Correctional
   Healthcare Companies, Inc.*
6100 Uptown Blvd. N.E., Suite 350
Albuquerque, NM  87110
(505) 246-2805

3

Approved:

TUCKER, BURNS, YODER & HATFIELD


Electronically Approved 02-05-16
Jennifer D. Yoder
105 N. Orchard Ave.
Farmington, NM 87401
*Attorney for Plaintiffs*


POTTS & ASSOCIATES


Electronically Approved 02-05-16
Amy L. Glasser
6001 Indian School Road NE #100
Albuquerque, NM 87110
*Attorney for County Defendants*